■ HEIDI M. POE, Respondent, v MARK C. POE, Appellant. [902 NYS2d 474]—Appeal from an order of the Supreme Court, Monroe County (Philip B. Dattilo, Jr., R.), entered April 16, 2009 in a divorce action. The order, among other things, determined the equitable distribution of the marital property.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Smith, Centra, Sconiers and Pine, JJ.